(137 So. 595)

**ROBERTS v. COOK.**

**2 Div. 476.**

Court of Appeals of Alabama,
Nov. 10, 1931.

D. M. Boswell, of Butler, for appellant.

Gray & Dansby, of Butler, for appellee.

RICE, J.

It is too well understood, to require the citation of authority, that no appeal will lie from a void judgment.

In this case, the record contains no judgment at all. Perforce, the appeal must be dismissed, and it is so ordered.

Appeal dismissed.